# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONA GUNN, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   21-1187 (RC) |
| | : | |
| v. | : | Re Document No.:   22, 23, 31 |
| | : | |
| ISLAMIC REPUBLIC OF IRAN, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; GRANTING PLAINTIFFS' MOTIONS TO SUBSTITUTE PARTIES

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motions to substitute parties (ECF Nos. 22, 23) are **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 31) is **GRANTED**.  As set forth for each Plaintiff in the Annex to the Memorandum Opinion, Surviving Family Plaintiffs are awarded $243 million in solatium damages, Navy Plaintiffs are awarded $188 million in pain and suffering damages, and Immediate Family Plaintiffs are awarded $58 million in solatium damages, and Plaintiffs are awarded $1,467,000,000 in punitive damages.

**SO ORDERED**.

Dated:  July 29, 2024                                                                     RUDOLPH CONTRERAS
                                                                                                         United States District Judge